IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. 09-00174-CG |
| ) | |
| DESIREE M. NORWOOD, ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter came on for a hearing on the defendant's motion to withdraw her guilty plea (Doc. 15) on May 20, 2010. Upon due consideration of the parties' briefs and their arguments at the hearing, the court finds that the motion is well taken. The court finds that there is no factual basis for a conviction for bank fraud as charged in Count 1; therefore, the defendant's motion to withdraw her plea as to that count is **GRANTED**, and Count 1 of the Indictment filed on August 27, 2009 is hereby **DISMISSED**.

The court does find that there is a basis for conviction for possession of counterfeit securities as charged in Count 9, to which the defendant pled guilty on October 20, 2009; therefore, this action will proceed to sentencing as to Count 9 on **Wednesday, June 23, 2010 at 1:30 p.m.**, to be held in Courtroom 2B, United States Courthouse, Mobile, Alabama.

The defendant is **ORDERED** to appear for said hearing.

**DONE and ORDERED** this 20th day of May, 2010.

                                                 /s/ Callie V. S. Granade
                                                 UNITED STATES DISTRICT JUDGE